7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Justin E. Acker
*Debtor*

*Bankruptcy Case No.*
16–41069–can7

**State of Kansas Department of Labor**
 Plaintiff(s)

*Adversary Case No.*
16–04090–can

v.

**Justin E. Acker**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Default Judgment entered against Defendant Justin E. Acker and Determination of Non–Dischargeability. A. Specifically, the Court finds that the obligation evinced by Exhibits A and B to the Complaint which constitutes Plaintiffs determination finding an obligation in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a current balance as of the filing of the lead bankruptcy matter herein, of $933.04 (consisting of unpaid interest in the amount of $933.04) is not dischargeable; and B.The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 9/30/16

Court to serve